# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'DONNELL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 19cv1396-JAH (MDD)<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendants United States of America, *et al*'s Motion to Dismiss (Doc. No. 11), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion is taken under submission without oral argument and the hearing set for March 9, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED.**

Dated: March 3, 2020

　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　United States District Judge

1